UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PAUL DAVID LAMAR,

        Petitioner,

v.                                         Case No.: 8:10-cv-1481-T-24-MAP
                                                  8:06-cr-199-T-24-MSS

UNITED STATES OF AMERICA,

        Respondent.

_____/

## **ORDER**

        This cause comes before the Court on Petitioner Paul David Lamar's motion to appeal in forma pauperis. (Civ. Doc. 10). This Court denied Petitioner's 28 U.S.C. § 2255 motion and denied leave to appeal in forma pauperis. (Civ. Doc. 4). Thereafter, Petitioner moved for reconsideration, which was denied by the Court. (Civ. Doc. 7). In the instant motion, Petitioner seeks leave to appeal in forma pauperis, despite the Court's prior denial of the same. (Civ. Doc. 4). As such, the Court denies the instant motion to appeal in forma pauperis for the same reasons as set forth in the Court's prior order. (Civ. Doc. 4).

        **DONE AND ORDERED** at Tampa, Florida, this 28th day of January, 2011.

                                                        SUSAN C. BUCKLEW
                                                        United States District Judge

Copies to:
Counsel of Record
Paul David Lamar